affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

CORINNE M. HENDERSON, Respondent, v. EARL H. HENDERSON, Appellant.— Order affirmed, with costs. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

MONTEZUMA GARDEN COMPANY, INCORPORATED, Appellant, v. STATE OF NEW YORK, Respondent.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

LIZZIE MAY BAKER, as Administratrix, etc., of FRANK M. BAKER, Deceased, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY and NEW YORK CENTRAL RAILROAD COMPANY, Appellants, Impleaded with Another, Defendant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

ERNEST L. CAFLISCH, Respondent, v. CURTIS AEROPLANE AND MOTOR CORPORATION, Appellant.— Judgment and order reversed on the law, with costs, and judgment directed for the defendant, dismissing the complaint, with costs, upon the ground that the alleged contract under which the plaintiff claims is too vague and indefinite to constitute a contract and also lacks mutuality. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

FRANK B. MALECKI, Appellant, v. PATRICK J. CAHILL, Respondent.— Judgment of Special Term reversed on the facts and judgment of the City Court of Buffalo affirmed, with costs in this court and at the Special Term to the appellant, on the ground that the evidence in the City Court presented a fair question of fact and that the verdict is not against the weight of the evidence.* All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

PATRICK J. CAHILL, Respondent, v. PAULINE J. MALECKI, Appellant.— Judgment of Special Term reversed on the facts and judgment of the City Court of Buffalo affirmed, with costs in this court and at the Special Term to the appellant, on the ground that the evidence in the City Court presented a fair question of fact and that the verdict is not against the weight of the evidence.† All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

CHARLES R. YAHN, Appellant, v. MINNIE A. YAHN, Respondent.— Judgment reversed on the facts, certain findings disapproved and reversed and new findings made and an interlocutory judgment directed for the plaintiff, without costs of this appeal to either party. All concur. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

---

* Sic. In action by husband to recover damages for automobile collision under a claim for property damages and for loss of wife's services and medical attendance wherein trial was held before City Court of Buffalo without a jury, pursuant to Buffalo City Court Act (Laws of 1909, chap. 570, as amd.), judgment was granted by court in favor of plaintiff for $585 damages, with costs.— [REP.

† Sic. In action to recover property damages to automobile resulting from collision, wherein wife of plaintiff in preceding action counterclaimed for personal injuries, trial was held before City Court of Buffalo without a jury, pursuant to Buffalo City Court Act (Laws of 1909, chap. 570, as amd.). Judgment was granted by court dismissing the complaint upon the merits and in favor of defendant upon counterclaim for $1,000 damages, with costs.— [REP.